```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF FLORIDA
                        PENSACOLA DIVISION


                                     CASE NO: 09-31184-LMK
                                     Chapter 7

In re
James E. Bryan
Rhonda S. Bryan

         Debtor(s).       /
```

ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY

THIS CAUSE came on for consideration upon the Motion to Lift the Automatic Stay (Document #14) filed by Fidelity Bank (Movant) on July 6, 2009. This Court has considered the Motion and the record and it appears that neither the Debtor(s) nor the Trustee has filed a response in opposition to this Motion. Therefore, it is appropriate to enter an Order granting the Motion. It is

ORDERED:

1. The automatic stay imposed by 11 U.S.C. Section 362 is lifted as to Movant and it may proceed with the foreclosure of its lien upon the following property:

Page 2

2006 Toyota Corolla, VIN 1NXBR30E06Z682287.

2. This Order is entered for the sole purpose of allowing Movant to proceed in rem against the property and Movant shall not seek an in personam judgment against the Debtor(s).

DATED: September, 3rd, 2009, in PENSACOLA, Florida.

_____
LEWIS M. KILLIAN, JR.
United States Bankruptcy Judge

Copies furnished to:
Trustee
Debtor(s) Attorney
Debtor(s)
Schuyler Smith, Movant's Attorney

This Order prepared by Schuyler Smith, Esquire, SCHUYLER·STEWART·SMITH, 118 W. Adams Street #800, Jacksonville, Florida 32202.